1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DIANA LAZARTE, individually and on behalf
of all others similarly situated,

                Plaintiff,

     v.

REALPAGE, INC.; AVENUE5 RESIDENTIAL,
LLC; BH MANAGEMENT SERVICES, LLC;
CUSHMAN & WAKEFIELD, INC.; EQUITY
RESIDENTIAL; FPI MANAGEMENT, INC;
GREYSTAR REAL ESTATE PARTNERS,
LLC; LINCOLN PROPERTY CO.; MID-
AMERICA APARTMENT COMMUNITIES,
INC.; SECURITY PROPERTIES INC.;
THRIVE COMMUNITIES MANAGEMENT,
LLC; and UDR, INC.

                Defendants.

No. 4:22-cv-06904-JSW

**STIPULATION TO SUSPEND
DEADLINE FOR CERTAIN
DEFENDANTS TO RESPOND
TO COMPLAINT**

1    Pursuant to Local Civil Rule 6-1(a), Plaintiff Diana Lazarte ("Plaintiff") and Defendants

2 RealPage, Inc., Avenue5 Residential, LLC, BH Management Services, LLC, Cushman &

3 Wakefield, Inc., Equity Residential, FPI Management, Inc., Greystar Real Estate Partners,

4 LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., Security Properties,

5 Inc., and UDR, Inc. (collectively, the "Stipulating Defendants"), by and through their

6 respective counsel, hereby stipulate as follows:

7    1.   WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") on November

8 4, 2022.  ECF No. 1.

9    2.   WHEREAS, Plaintiff served the Stipulating Defendants with process on or around

10 November 11, 14, and 29, 2022.

11    3.   WHEREAS, Plaintiff has not yet served Defendant Thrive Communities Management,

12 LLC.

13    4.   WHEREAS, the Complaint in this matter asserts a claim under Section 1 of the

14 Sherman Act based on the alleged use of RealPage, Inc.'s software.

15    5.   WHEREAS, as of this filing, the parties are aware that one or more of the Stipulating

16 Defendants are named in multiple other lawsuits, in other District Courts in California, Illinois,

17 Washington, and New York, asserting claims under Section 1 of the Sherman Act based on the

18 alleged use of RealPage, Inc.'s software.

19    6.   WHEREAS, Plaintiff and the Stipulating Defendants have conferred telephonically, and

20 have agreed that party and judicial efficiency would be best served by suspending the deadline

21 for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the

22 Complaint.

23    7.   WHEREAS, Plaintiff and the Stipulating Defendants have agreed to meet and confer

24 and file a status report with the Court by December 21, 2022 related to a schedule for the case.

25    8.   WHEREAS, on November 28, 2022, Judge Robert S. Lasnik of the United States

26 District Court for the Western District of Washington entered an order similar to the subjoined

27 order based on a similar stipulation in *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552-RSL

28

1 (W.D. Wash.).

2     In making this stipulation, the Stipulating Defendants do not waive, in this or any other

3 action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P.

4 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law

5 defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or

6 consolidated alternatives.  The Stipulating Defendants expressly reserve their rights to raise any

7 such defenses (or any other defense) in response to either the Complaint or any original,

8 amended, or consolidated complaint that may be filed in this or any other action.

9     THEREFORE, Plaintiff and the Stipulating Defendants stipulate and agree to suspend

10 the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to

11 the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

12     STIPULATED to this 30 day of November, 2022.

13   /s/ Adam J. Zapala

14 Adam J. Zapala (SBN 245748)
azapala@cpmlegal.com

15 Elizabeth T. Castillo (SBN 280502)
ecastillo@cpmlegal.com

16 James G. Dallal (SBN 277826)
jdallal@cpmlegal.com

17 **COTCHETT, PITRE & McCARTHY, LLP**

18 840 Malcolm Road
Burlingame, CA 94010

19 Telephone: (650) 697-6000
Facsimile: (650) 697-0577

20

21   /s/ Daniel E. Gustafson

Daniel E. Gustafson *(pro hac vice forthcoming)*

22 dgustafson@gustafsongluek.com
Daniel C. Hedlund *(pro hac vice forthcoming)*

23 dhedlund@gustafsongluek.com
Daniel J. Nordin *(pro hac vice forthcoming)*

24 dnordin@gustafsongluek.com
Shashi K. Gowda *(pro hac vice forthcoming)*

25 sgowda@gustafsongluek.com

26 **GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza

27 120 South Sixth Street, Suite 2600

28

Minneapolis, MN 554302
Telephone: (612) 333-8844

Dennis Stewart (SBN 99152)
dstewart@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
600 W Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

 */s/ Kenneth A. Wexler*
Kenneth A. Wexler *(pro hac vice forthcoming)*
kaw@wbe-llp.com
Justin N. Boley *(pro hac vice forthcoming)*
jnb@wbe-llp.com
Melinda J. Morales *(pro hac vice forthcoming)*
mjm@wbe-llp.com
Margaret Shadid *(pro hac vice forthcoming)*
ms@wbe-llp.com
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Ste. 5450
Chicago, IL 60606
Telephone: (312) 346 2222

 */s/ Kevin S. Landau*
Kevin S. Landau *(pro hac vice forthcoming)*
klandau@tcllaw.com
Brett Cebulash *(pro hac vice forthcoming)*
bcebulash@tcllaw.com
Gwendolyn Nelson *(pro hac vice forthcoming)*
gnelson@tcllaw.com
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, New York 10038
Telephone: (212) 931-0704

 */s/ David M. Cialkowski*
David M. Cialkowski *(pro hac vice forthcoming)*
david.cialkowski@zimmreed.com
Ian F. McFarland *(pro hac vice forthcoming)*
ian.mcfarland@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400

*Attorneys for Plaintiff Diana Lazarte and the Proposed Class*

1

 /s/ Eliot A. Adelson
2
Eliot A. Adelson (SBN 205284)
eadelson@mofo.com
3
**MORRISON & FOERSTER LLP**
425 Market Street
4
San Francisco, CA 94105
Telephone: (415) 268-7000
5
Facsimile: (415) 268-7522

6
David D. Cross *(pro hac vice forthcoming)*
7
dcross@mofo.com
Jeffrey A. Jaeckel *(pro hac vice forthcoming)*
8
jjaeckel@mofo.com
Robert W. Manoso *(pro hac vice forthcoming)*
9
rmanoso@mofo.com
Sydney K. Cooper *(pro hac vice forthcoming)*
10
scooper@mofo.com
**MORRISON & FOERSTER LLP**
11
2100 L St, NW, Suite 900
12
Washington, DC 20037
Telephone: (202) 887-1500
13
Facsimile: (202) 887-0763

14
*Attorneys for Defendant UDR, Inc.*
15
 /s/ Jay Srinivasan
16
Jay Srinivasan (SBN 181471)
jsrinivasan@gibsondunn.com
17
Daniel G. Swanson (SBN 116556)
dswanson@gibsondunn.com
18
**GIBSON, DUNN & CRUTCHER LLP**
19
333 South Grand Avenue
Los Angeles, CA 90071
20
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
21

22
Stephen Weissman *(pro hac vice forthcoming)*
sweissman@gibsondunn.com
23
Michael J. Perry *(pro hac vice forthcoming)*
mjperry@gibsondunn.com
24
**GIBSON, DUNN & CRUTCHER LLP**
25
1050 Connecticut Avenue, NW
Washington, DC 20036
26
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

27

28

Ben A. Sherwood *(pro hac vice forthcoming)*
bsherwood@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendant RealPage, Inc.*

 */s/ James Kress*
James Kress *(pro hac vice forthcoming)*
james.kress@bakerbotts.com
Danny David *(pro hac vice forthcoming)*
danny.david@bakerbotts.com
Paul Cuomo *(pro hac vice forthcoming)*
paul.cuomo@bakerbotts.com
**BAKER BOTTS, LLP**
700 K St, NW
Washington, DC 20001
Telephone: (202) 639-7884
Facsimile: (202) 639-1159

*Attorneys for Defendant Avenue 5 Residential, LLC.*

 */s/ Jeremy J. Calsyn*
Jeremy J. Calsyn
jcalsyn@cgsh.com
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999

*Attorney for Defendant Cushman & Wakefield, Inc.*

 */s/ Carl W. Hittinger*
Carl W. Hittinger (pro hac vice forthcoming)
chittinger@bakerlaw.com
Jeffry W. Duffy (pro hac vice forthcoming)
jduffy@bakerlaw.com
Tyson Y. Herrold (pro hac vice forthcoming)
therrold@bakerlaw.com
Alyse F. Stach (pro hac vice forthcoming)
astach@bakerlaw.com
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300

1  Philadelphia, PA 19103-7501
   Telephone: 215-568-3100
2  Facsimile: 215-568-3439

3  Kamran B. Ahmadian (SBN 314566)
   kahmadian@bakerlaw.com
4  **BAKER & HOSTETLER LLP**
5  11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025-0509
6  Telephone: 310-979-8417
   Facsimile: 310-820-8859
7
8  *Attorneys for Defendant Equity Residential*

9   */s/ Charles H. Samel*
   Charles H. Samel (SBN 182019)
10  charles.samel@stoel.com
   Edward C. Duckers (SBN 242113)
11  ed.duckers@stoel.com
   **STOEL RIVES LLP**
12  1 Montgomery Street, Suite 3230
   San Francisco, CA  94104
13  Telephone: (415) 617-8900
   Facsimile:  (415) 617-8907
14

15   */s/ George A. Guthrie*
   George A. Guthrie (SBN 201263)
16  gguthrie@wilkefleury.com
   **WILKE FLEURY LLP**
17  621 Capitol Mall, Suite 900
   Sacramento, CA  95814
18  Telephone: (916) 441-2430
   Facsimile:  (916) 442-6664
19

20  *Attorneys for Defendant FPI Management, Inc.*

21   */s/ William L. Monts, III*
   William L. Monts, III *(pro hac vice forthcoming)*
22  william.monts@hoganlovells.com
   Benjamin F. Holt *(pro hac vice forthcoming)*
23  benjamin.holt@hoganlovells.com
   **HOGAN LOVELLS US LLP**
24  555 Thirteenth Street, NW
   Washington, DC 20004
25  Telephone:  (202) 637-5600
   Facsimile:  (202) 637-5910
26

27

28          STIPULATION TO SUSPEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT
                            CASE NO. 4:22-cv-06904-JSW
                                      6

Michael M. Maddigan *(pro hac vice forthcoming)*
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Attorneys for Defendant Greystar Real Estate
Partners, LLC*

 */s/ Robert J. Herrington*
Robert J. Herrington (SBN 234417)
HerringtonR@gtlaw.com
Michael E. McCarthy (SBN 301010)
MccarthyMe@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Gregory J. Casas *(pro hac vice forthcoming)*
casasg@gtlaw.com
Emily W. Collins *(pro hac vice forthcoming)*
Emily.Collins@gtlaw.com
**GREENBERG TRAURIG, LLP**
300 West Sixth Street, Suite 2050
Austin, Texas 78701-4052
Telephone: (512) 320-7200
Facsimile: (512) 320-7210

Becky L. Caruso *(pro hac vice forthcoming)*
carusob@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (609) 442-1196
Facsimile: (973) 301-8410

*Attorneys for Defendant Lincoln Property Company*

*/s/ Britt M. Miller*
Britt M. Miller *(pro hac vice forthcoming)*
bmiller@mayerbrown.com
Daniel T. Fenske *(pro hac vice forthcoming)*
dfenske@mayerbrown.com

STIPULATION TO SUSPEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 4:22-cv-06904-JSW
7

1

**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711

2

3

4

John Nadolenco
jnadolenco@mayerbrown.com
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

5

6

7

8

9

*Attorneys for Defendant Mid-America Apartment
Communities, Inc.*

10

11

/s/ Stephen McIntyre
Stephen McIntyre (SBN 274481)
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

12

13

14

15

Ian Simmons (*pro hac vice forthcoming*)
isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006

16

17

18

*Attorneys for Defendant BH Management Services, LLC*

19

/s/ J. Dino Vasquez
J. Dino Vasquez, CSB #146725
dvasquez@karrtuttle.com
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100

20

21

22

23

24

*Attorney for Defendant Security Properties, Inc.*

25

26

27

28

**[PROPOSED] ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint.  Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Avenue5 Residential, LLC, BH Management Services, LLC, Cushman & Wakefield, Inc., Equity Residential, FPI Management, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., UDR, Inc., and Security Properties Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiffs and RealPage, Inc., Avenue5 Residential, LLC, BH Management Services, LLC, Cushman & Wakefield, Inc., Equity Residential, FPI Management, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., UDR, Inc., and Security Properties, Inc. shall meet and confer and file a status report with the Court by December 21, 2022.

DATED this _____ day of _____, 2022.

_____
The Honorable Jeffrey S. White

1

**ECF ATTESTATION**

2          I, Eliot Adelson, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to

3    the filing of this document has been obtained from each signatory hereto.

4    Dated:  November 30, 2022                    Morrison & Foerster LLP

5

6                                                     */s/   Eliot A. Adelson*
                                                    Eliot A. Adelson

7
                                                    Attorney for Defendant UDR, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to those attorneys of record registered on the CM/ECF system. All other parties

(if any) shall be served in accordance with the Federal Rules of Civil Procedure.

Dated:  November 30, 2022                           Morrison & Foerster LLP


                                              */s/    Eliot A. Adelson*
                                              Eliot A. Adelson

                                              Attorney for Defendant UDR, Inc.