1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DIANA LAZARTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC.; AVENUE5 RESIDENTIAL, LLC; BH MANAGEMENT SERVICES, LLC; CUSHMAN & WAKEFIELD, INC.; EQUITY RESIDENTIAL; FPI MANAGEMENT, INC; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; MID-AMERICA APARTMENT COMMUNITIES, INC.; SECURITY PROPERTIES INC.; THRIVE COMMUNITIES MANAGEMENT, LLC; and UDR, INC.<br><br>Defendants. | No. 4:22-cv-06904-JSW<br>ORDER GRANTING **STIPULATION TO SUSPEND DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT** |

Pursuant to Local Civil Rule 6-1(a), Plaintiff Diana Lazarte ("Plaintiff") and Defendants RealPage, Inc., Avenue5 Residential, LLC, BH Management Services, LLC, Cushman & Wakefield, Inc., Equity Residential, FPI Management, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., Security Properties, Inc., and UDR, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") on November 4, 2022.  ECF No. 1.

2. WHEREAS, Plaintiff served the Stipulating Defendants with process on or around November 11, 14, and 29, 2022.

3. WHEREAS, Plaintiff has not yet served Defendant Thrive Communities Management, LLC.

4. WHEREAS, the Complaint in this matter asserts a claim under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software.

5. WHEREAS, as of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in other District Courts in California, Illinois, Washington, and New York, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software.

6. WHEREAS, Plaintiff and the Stipulating Defendants have conferred telephonically, and have agreed that party and judicial efficiency would be best served by suspending the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

7. WHEREAS, Plaintiff and the Stipulating Defendants have agreed to meet and confer and file a status report with the Court by December 21, 2022 related to a schedule for the case.

8. WHEREAS, on November 28, 2022, Judge Robert S. Lasnik of the United States District Court for the Western District of Washington entered an order similar to the subjoined order based on a similar stipulation in *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552-RSL

(W.D. Wash.).

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives.  The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiff and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 30 day of November, 2022.

 /s/ Adam J. Zapala
Adam J. Zapala (SBN 245748)
azapala@cpmlegal.com
Elizabeth T. Castillo (SBN 280502)
ecastillo@cpmlegal.com
James G. Dallal (SBN 277826)
jdallal@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

 /s/ Daniel E. Gustafson
Daniel E. Gustafson *(pro hac vice forthcoming)*
dgustafson@gustafsongluek.com
Daniel C. Hedlund *(pro hac vice forthcoming)*
dhedlund@gustafsongluek.com
Daniel J. Nordin *(pro hac vice forthcoming)*
dnordin@gustafsongluek.com
Shashi K. Gowda *(pro hac vice forthcoming)*
sgowda@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600

Minneapolis, MN 554302
Telephone: (612) 333-8844

Dennis Stewart (SBN 99152)
dstewart@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
600 W Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

 /s/ Kenneth A. Wexler
Kenneth A. Wexler *(pro hac vice forthcoming)*
kaw@wbe-llp.com
Justin N. Boley *(pro hac vice forthcoming)*
jnb@wbe-llp.com
Melinda J. Morales *(pro hac vice forthcoming)*
mjm@wbe-llp.com
Margaret Shadid *(pro hac vice forthcoming)*
ms@wbe-llp.com
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Ste. 5450
Chicago, IL 60606
Telephone: (312) 346 2222

 /s/ Kevin S. Landau
Kevin S. Landau *(pro hac vice forthcoming)*
klandau@tcllaw.com
Brett Cebulash *(pro hac vice forthcoming)*
bcebulash@tcllaw.com
Gwendolyn Nelson *(pro hac vice forthcoming)*
gnelson@tcllaw.com
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, New York 10038
Telephone: (212) 931-0704

 /s/ David M. Cialkowski
David M. Cialkowski *(pro hac vice forthcoming)*
david.cialkowski@zimmreed.com
Ian F. McFarland *(pro hac vice forthcoming)*
ian.mcfarland@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400

*Attorneys for Plaintiff Diana Lazarte and the Proposed Class*

_/s/ Eliot A. Adelson_
Eliot A. Adelson (SBN 205284)
eadelson@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

David D. Cross *(pro hac vice forthcoming)*
dcross@mofo.com
Jeffrey A. Jaeckel *(pro hac vice forthcoming)*
jjaeckel@mofo.com
Robert W. Manoso *(pro hac vice forthcoming)*
rmanoso@mofo.com
Sydney K. Cooper *(pro hac vice forthcoming)*
scooper@mofo.com
**MORRISON & FOERSTER LLP**
2100 L St, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

*Attorneys for Defendant UDR, Inc.*

_/s/ Jay Srinivasan_
Jay Srinivasan (SBN 181471)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (SBN 116556)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Stephen Weissman *(pro hac vice forthcoming)*
sweissman@gibsondunn.com
Michael J. Perry *(pro hac vice forthcoming)*
mjperry@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Ben A. Sherwood *(pro hac vice forthcoming)*
bsherwood@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendant RealPage, Inc.*

 /s/ James Kress
James Kress *(pro hac vice forthcoming)*
james.kress@bakerbotts.com
Danny David *(pro hac vice forthcoming)*
danny.david@bakerbotts.com
Paul Cuomo *(pro hac vice forthcoming)*
paul.cuomo@bakerbotts.com
**BAKER BOTTS, LLP**
700 K St, NW
Washington, DC 20001
Telephone: (202) 639-7884
Facsimile: (202) 639-1159

*Attorneys for Defendant Avenue 5 Residential, LLC.*

 /s/ Jeremy J. Calsyn
Jeremy J. Calsyn
jcalsyn@cgsh.com
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999

*Attorney for Defendant Cushman & Wakefield, Inc.*

 /s/ Carl W. Hittinger
Carl W. Hittinger (pro hac vice forthcoming)
chittinger@bakerlaw.com
Jeffry W. Duffy (pro hac vice forthcoming)
jduffy@bakerlaw.com
Tyson Y. Herrold (pro hac vice forthcoming)
therrold@bakerlaw.com
Alyse F. Stach (pro hac vice forthcoming)
astach@bakerlaw.com
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300

|   |   |
|---|---|
| 1 | Philadelphia, PA 19103-7501<br>Telephone: 215-568-3100 |
| 2 | Facsimile: 215-568-3439 |
| 3 | Kamran B. Ahmadian (SBN 314566) |
| 4 | kahmadian@bakerlaw.com<br>**BAKER & HOSTETLER LLP** |
| 5 | 11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 |
| 6 | Telephone: 310-979-8417<br>Facsimile: 310-820-8859 |

*Attorneys for Defendant Equity Residential*

 /s/ *Charles H. Samel*
Charles H. Samel (SBN 182019)
charles.samel@stoel.com
Edward C. Duckers (SBN 242113)
ed.duckers@stoel.com
**STOEL RIVES LLP**
1 Montgomery Street, Suite 3230
San Francisco, CA  94104
Telephone: (415) 617-8900
Facsimile:  (415) 617-8907

 /s/ *George A. Guthrie*
George A. Guthrie (SBN 201263)
gguthrie@wilkefleury.com
**WILKE FLEURY LLP**
621 Capitol Mall, Suite 900
Sacramento, CA  95814
Telephone: (916) 441-2430
Facsimile:  (916) 442-6664

*Attorneys for Defendant FPI Management, Inc.*

 /s/ *William L. Monts, III*
William L. Monts, III *(pro hac vice forthcoming)*
william.monts@hoganlovells.com
Benjamin F. Holt *(pro hac vice forthcoming)*
benjamin.holt@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Michael M. Maddigan (*pro hac vice forthcoming*)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Attorneys for Defendant Greystar Real Estate Partners, LLC*

 /s/ Robert J. Herrington
Robert J. Herrington (SBN 234417)
HerringtonR@gtlaw.com
Michael E. McCarthy (SBN 301010)
MccarthyMe@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Gregory J. Casas (*pro hac vice forthcoming*)
casasg@gtlaw.com
Emily W. Collins (*pro hac vice forthcoming*)
Emily.Collins@gtlaw.com
**GREENBERG TRAURIG, LLP**
300 West Sixth Street, Suite 2050
Austin, Texas 78701-4052
Telephone: (512) 320-7200
Facsimile: (512) 320-7210

Becky L. Caruso (*pro hac vice forthcoming*)
carusob@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (609) 442-1196
Facsimile: (973) 301-8410

*Attorneys for Defendant Lincoln Property Company*

 /s/ Britt M. Miller
Britt M. Miller (*pro hac vice forthcoming*)
bmiller@mayerbrown.com
Daniel T. Fenske (*pro hac vice forthcoming*)
dfenske@mayerbrown.com

|   |   |
|---|---|
| 1 | **MAYER BROWN LLP**<br>71 South Wacker Drive |
| 2 | Chicago, Illinois 60606<br>Telephone: (312) 782-0600 |
| 3 | Facsimile: (312) 701-7711 |
| 4 |  |
|   | John Nadolenco |
| 5 | jnadolenco@mayerbrown.com<br>**MAYER BROWN LLP** |
| 6 | 350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503 |
| 7 | Telephone: (213) 229-9500<br>Facsimile: (213) 625-0248 |
| 8 |  |
| 9 | *Attorneys for Defendant Mid-America Apartment Communities, Inc.* |
| 10 |  |
|   | /s/ Stephen McIntyre |
| 11 | Stephen McIntyre (SBN 274481)<br>smcintyre@omm.com |
| 12 | **O'MELVENY & MYERS LLP** |
| 13 | 400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 |
| 14 |  |
| 15 | Ian Simmons (*pro hac vice forthcoming*)<br>isimmons@omm.com |
| 16 | **O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW |
| 17 | Washington, DC 20006 |
| 18 | *Attorneys for Defendant BH Management Services, LLC* |
| 19 |  |
|   | /s/ J. Dino Vasquez |
| 20 | J. Dino Vasquez, CSB #146725<br>dvasquez@karrtuttle.com |
| 21 | **KARR TUTTLE CAMPBELL**<br>701 Fifth Avenue, Suite 3300 |
| 22 | Seattle, WA 98104 |
| 23 | Telephone: 206-223-1313<br>Facsimile: 206-682-7100 |
| 24 |  |
|   | *Attorney for Defendant Security Properties, Inc.* |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

STIPULATION TO SUSPEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 4:22-cv-06904-JSW
8

## [PROPOSED] ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Avenue5 Residential, LLC, BH Management Services, LLC, Cushman & Wakefield, Inc., Equity Residential, FPI Management, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., UDR, Inc., and Security Properties Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiffs and RealPage, Inc., Avenue5 Residential, LLC, BH Management Services, LLC, Cushman & Wakefield, Inc., Equity Residential, FPI Management, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., UDR, Inc., and Security Properties, Inc. shall meet and confer and file a status report with the Court by December 21, 2022.

DATED this __5th__ day of __December__, 2022.

_____
The Honorable Jeffrey S. White