DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
JAY SRINIVASAN, SBN 181421
   jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7430
Facsimile:  213.229.6430

STEPHEN WEISSMAN (*pro hac vice* forthcoming)
   sweissman@gibsondunn.com
MICHAEL J. PERRY (*pro hac vice* forthcoming)
   mjperry@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8678
Facsimile:  202.530.9685

BEN A. SHERWOOD (*pro hac vice* forthcoming)
   bsherwood@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2671
Facsimile:  212.817.9471

*Attorneys for Defendant RealPage, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Diana Lazarte, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>RealPage, Inc., et al.,<br><br>       Defendants. | CASE NO. 4:22-cv-6904<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT REALPAGE, INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Jay Srinivasan of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 181421) who is admitted to practice in this Court, hereby appears on behalf of Defendant RealPage, Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf.  His address, telephone, facsimile, and email are as follows:

> Jay Srinivasan, SBN 181421
> JSrinivasan@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone:    213.229.7296
> Facsimile:    213.229.6296

DATED: December 6, 2022                    GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Jay Srinivasan*
         Jay Srinivasan

*Attorney for Defendant RealPage, Inc.*