BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: APARTMENT RENTAL SOFTWARE
ANTITRUST LITIGATION

MDL No.

**DEFENDANTS' MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN
DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants[1] respectfully move this Panel, pursuant to 28 U.S.C. § 1407, to consolidate eight proceedings and transfer the centralized actions ("Actions") to the Northern District of Texas. In support of their Motion, Defendants submit a Memorandum of Law in Support of their Motion for Transfer and Centralization and a Schedule of Actions listing the 8 Actions.

WHEREFORE, Defendants respectfully request that this Panel enter an Order granting

---

[1] Defendants include the following entities: RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Property Trust, Inc.; Essex Management Corporation; Thrive Communities Management, LLC; Security Properties, Inc.; Cushman & Wakefield Inc.; Pinnacle Property Management Services, LLC; BH Management Services, LLC; Campus Advantage, Inc.; Cardinal Group Holdings, LLC; CA Ventures Global Services, LLC; D.P. Preiss Company, Inc.; The Michaels Organization, LLC; Interstate Realty Management Company; Security Properties Inc.; Thrive Communities Management, LLC.; UDR, Inc.; AvalonBay Communities, Inc.; Camden Property Trust; B/T Washington, LLC dba Blanton Turner; Independence Realty Trust, Inc.; The Irvine Company, LLC; RPM Living, LLC; Morgan Properties, LLC; Bozzuto Management Company; Highmark Residential, LLC; ZRS Management, LLC; CONAM Management Corporation; Cortland Partners, LLC; CWS Apartment Homes, LLC; Prometheus Real Estate Group; Sares Regis Group Operating, Inc.; Mission Rock Residential, LLC; Morgan Group, Inc.; and CH Real Estate Services (collectively, "Defendants"). Each signatory joins this filing as to those individual actions in which they are named. The signature block at the end of this Motion corrects and supersedes the signature block in Defendants' previously-filed Motion. *See* JPML Dkt. No. 1 (Dec. 5, 2022).

1

Defendants' Motion for Transfer of Actions to the Northern District of Texas Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings.

Dated:  December 8, 2022

s/ *Stephen Weissman*
Stephen Weissman
sweissman@gibsondunn.com
Michael J. Perry
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Daniel G. Swanson
dswanson@gibsondunn.com
Jay Srinivasan
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Ben A. Sherwood
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

*Counsel for Defendant RealPage, Inc.*

Respectfully submitted,

s/ *William L. Monts, III*
William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

*Counsel for Defendant Greystar Real Estate Partners, LLC*

s/ *Michael W. Scarborough*
Michael W. Scarborough
mscarborough@sheppardmullin.com
Dylan I. Ballard
dballard@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-2963

s/ *Arman Oruc*
Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346 4440

*Counsel for Defendant Essex Property Trust, Inc. and Essex Management Corporation*

3

s/ *James Kress*
James Kress
james.kress@bakerbotts.com
Paul Cuomo
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-4055

*Counsel for Defendant Avenue5 Residential, LLC*

s/ *Carl W. Hittinger*
Carl W. Hittinger
chittinger@bakerlaw.com
BAKERHOSTETLER
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 564-2898

*Counsel for Defendant Equity Residential*

s/ *J. Dino Vasquez*
J. Dino Vasquez
dvasquez@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104-7055
Telephone: 206-224-8023

*Counsel for Defendant Security Properties Inc.*

s/ *Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104
Telephone: (206) 682-7090

*Counsel for Defendant Thrive Communities Management, LLC*

s/ *Britt M. Miller*
Britt M. Miller
bmiller@mayerbrown.com
Daniel T. Fenske
dfenske@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

| | |
|---|---|
| s/ *Gregory J. Casas* <br> Gregory J. Casas <br> casasg@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> 300 West 6th Street, Suite 2050 <br> Austin, TX 78701-4052 <br> Telephone: (512) 320-7200 <br><br> Robert J. Herrington <br> HerringtonR@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> 1840 Century Park East, Suite 1900 <br> Los Angeles, CA 90067 <br> Telephone: (310) 586-7700 <br><br> Becky L. Caruso <br> carusob@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> 500 Campus Drive, Suite 400 <br> Florham Park, NJ 07932 <br> Telephone: (609) 442-1196 <br><br> *Counsel for Defendant Lincoln Property Co.* <br><br> s/ *Charles H. Samel* <br> Charles H. Samel <br> charles.samel@stoel.com <br> Edward C. Duckers <br> ed.duckers@stoel.com <br> STOEL RIVES LLP <br> 1 Montgomery Street, Suite 3230 <br> San Francisco, CA 94104 <br> Telephone: (415) 617-8900 <br><br> George A. Guthrie <br> gguthrie@wilkefleury.com <br> WILKE FLEURY LLP <br> 621 Capitol Mall, Suite 900 <br> Sacramento, CA 95814 <br> Telephone: (916) 441-2430 <br><br> *Counsel for Defendant FPI Management, Inc.* | s/ *Jeremy J. Calsyn* <br> Jeremy J. Calsyn <br> jcalsyn@cgsh.com <br> Leah Brannon <br> lbrannon@cgsh.com <br> Kenneth Reinker <br> kreinker@cgsh.com <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> 2112 Pennsylvania Avenue, NW <br> Washington, DC 20037 <br> Telephone: (202) 974-1522 <br><br> Joseph M. Kay <br> jkay@cgsh.com <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> One Liberty Plaza <br> New York, NY 10006 <br> Telephone: (212) 225-2745 <br><br> *Counsel for Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC* <br><br> s/ *Ian Simmons* <br> Ian Simmons <br> isimmons@omm.com <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, NW <br> Washington, DC 29996 <br> Telephone: (202) 383-5106 <br><br> Stephen McIntyre <br> smcintyre@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street, 18th Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 430-8382 <br><br> *Counsel for Defendant BH Management Services, LLC* |

s/ *Timothy R. Beyer*
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481

Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.
Washington, DC 20004
Telephone: (303) 866-0363

*Counsel for Defendant Cardinal Group Holdings LLC*

s/ *David D. Cross*
David D. Cross
dcross@mofo.com
Jeffrey A. Jaeckel
jjaeckel@mofo.com
Robert W. Manoso
rmanoso@mofo.com
Sydney K. Cooper
scooper@mofo.com
MORRISON & FOERSTER LLP
2100 L St, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500

*Counsel for Defendant UDR, Inc.*

s/ *Marisa Secco Giles*
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2522

*Counsel for Defendant Campus Advantage, Inc.*

s/ *Amy Manning*
Amy Manning
amanning@mcguirewoods.com
Angelo M. Russo
arusso@mcguirewoods.com
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 750-8904

*Counsel for Defendant D.P. Preiss Company, Inc.*

s/ *Michael D. Bonanno*
Michael D. Bonanno
mikebonanno@quinnemanuel.com
Christopher Kercher
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

*Counsel for Defendant Highmark Residential, LLC*

s/ *Lynn H. Murray*
Lynn H. Murray
lhmurray@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust.*

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: APARTMENT RENTAL SOFTWARE ANTITRUST LITIGATION

MDL No.

# CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Corrected Motion was electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties in manners indicated and addressed as follows:

| Courtesy Copies via Federal Express | |
|---|---|
| United States District Court<br>Southern District of California<br>Clerk of the Court<br>333 West Broadway, Suite 420<br>San Diego, CA 92101<br><br>*Case No. 3:22-cv-01907* | United States District Court<br>Western District of Washington<br>Clerk of the Court<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101<br><br>*Case Nos. 2:22-cv-01552, 2:22-cv-01617, 2:22-cv-01618, 2:22-cv-01712, 2:22-cv-01726, 2:22-cv-01734* |
| United States District Court<br>Northern District of California<br>Clerk of the Court<br>450 Golden Gate Avenue, Box 36060<br>San Francisco, CA 94102-3489<br><br>*Case Nos. 4:22-cv-06904* | United States District Court<br>Northern District of Texas<br>Clerk of the Court<br>United States District Court<br>1100 Commerce Street, Room 1452<br>Dallas, TX 75242 |

| | |
|---|---|
| Judicial Panel on Multidistrict Litigation<br>Clerk of the Panel<br>Thurgood Marshall Federal Judiciary Building,<br>One Columbus Circle, NE<br>Room G-255, North Lobby<br>Washington, DC 20544 | |
| **Via Federal Express** | |
| RPM Living, LLC<br>c/o Cogency Global Inc.<br>1780 Barnes Blvd. SW<br>Tumwater, WA 98512-0410<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* | The Irvine Company LLC<br>550 Newport Center Drive<br>Newport Beach, CA 92660<br><br>*Defendant*<br>*Case Nos. 2:22-cv-01712, 2:22-cv-01734 (W.D. Wash.)* |
| Bozzuto Management Company<br>c/o CT Corporation System<br>711 Capitol Way South, Suite 204<br>Olympia, WA 98501<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* | ConAm Management Corporation<br>c/o The Prentice-Hall Corporation System, Inc.<br>300 Deschutes Way SW, Suite 208 MC-CSC1<br>Tumwater, WA 98501<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* |

| | |
|---|---|
| ZRS Management, LLC<br>2001 Summit Park Drive, Suite 300<br>Orlando, FL 32810<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* | Cortland Partners, LLC<br>3424 Peachtree Road NE, Suite 300<br>Atlanta, GA 30326<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* |
| CWS Apartment Homes, LLC<br>c/o Lauretta Anderson<br>234 West 22nd Avenue<br>Spokane, WA 99203-1954<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* | Prometheus Real Estate Group, Inc.<br>c/o Paracorp Incorporated<br>106 5th Avenue SE<br>Olympia, WA 98501<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* |
| Sares Regis Group Operating, Inc,<br>3501 Jamboree Road, Suite 3000<br>Newport Beach, CA 92660<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* | Mission Rock Residential, LLC<br>c/o CT Corporation System<br>711 Capitol Way South, Suite 204<br>Olympia, WA 98501-1267<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* |
| Morgan Group, Inc.<br>3000 Richmond Avenue<br>Houston, TX 77098<br><br>*Defendant*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* | CH Real Estate Services, LLC<br>c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>*Defendant*<br>*Case No. 2:22-cv-01726 (W.D. Wash.)* |
| Independence Realty Trust, Inc.<br>c/o CSC - Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202<br><br>*Defendant*<br>*Case No. 2:22-cv-01726 (W.D. Wash.)* | B/T Washington, LLC d/b/a Blanton Turner<br>c/o Sean T. Durbin<br>801 Second Avenue, Suite 1000<br>Seattle, WA 98104-0000<br><br>*Defendant*<br>*Case No. 2:22-cv-01726 (W.D. Wash.)* |

| **Via Electronic Mail** | |
|---|---|
| Todd M. Schneider<br>Matthew S. Weiler<br>TSchneider@schneiderwallace.com<br>MWeiler@schneiderwallace.com<br>SCHNEIDER WALLACE COTTRELL KONECKY LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Telephone: (415) 421-7100<br><br>Peter B. Schneider<br>pschneider@schneiderwallace.com<br>SCHNEIDER WALLACE COTTRELL KONECKY LLP<br>3700 Buffalo Speedway, Suite 960<br>Houston, TX 77098<br>Telephone: (713) 338-2560<br><br>*Counsel for Plaintiff Andrea Crook*<br>*Case No. 3:22-cv-01907 (S.D. Cal.)*<br><br>Steve W. Berman<br>Breanna Van Engelen<br>steve@hbsslaw.com<br>breannav@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | Adam J. Zapala<br>Elizabeth T. Castillo<br>James G. Dallal<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br><br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Daniel J. Nordin<br>Shashi K. Gowda<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>sgowda@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 554302<br>Telephone: (612) 333-8844<br><br>Dennis Stewart (SBN 99152)<br>dstewart@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>600 W Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-3299 |

| | |
|---|---|
| Rio S. Pierce<br>Hannah K. Song<br>riop@hbsslaw.com<br>hannahso@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile:  (510) 725-3001<br><br>*Counsel for Plaintiff Gabriel Navarro*<br>*Case No. 2:22-cv-01552 (W.D. Wash.)*<br><br>*Counsel for Plaintiffs*<br>*Meghan Cherry & Kimen Trochalakis*<br>*Case No. 2:22-cv-01618 (W.D. Wash.)*<br><br>*Counsel for Plaintiffs Lauren Ashley Morgan et al.*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)*<br><br>*Counsel for Plaintiffs*<br>*Lena Armas & Andrea Blum*<br>*Case No. 2:22-cv-01726 (W.D. Wash.)*<br><br>*Counsel for Plaintiffs*<br>*Justin Johnson*<br>*Case No. 2:22-cv-01734 (W.D. Wash.)*<br><br>Joel D. Smith<br>Brittany S. Scott<br>jsmith@bursor.com<br>bscott@bursor.com<br>1990 North California Blvd., Ste. 940<br>Walnut Creek, CA 94596<br>Tel.: (925) 300-4455<br>Fax: (925) 407-2700<br><br>*Counsel for Plaintiffs*<br>*Lena Armas & Andrea Blum*<br>*Case No. 2:22-cv-01726 (W.D. Wash.)* | Kenneth A. Wexler<br>Justin N. Boley<br>Melinda J. Morales<br>Margaret Shadid<br>kaw@wbe-llp.com<br>jnb@wbe-llp.com<br>mjm@wbe-llp.com<br>ms@wbe-llp.com<br>WEXLER BOLEY & ELGERSMA LLP<br>311 S. Wacker Drive, Ste. 5450<br>Chicago, IL 60606<br>Telephone: (312) 346 2222<br><br>Kevin S. Landau<br>Brett Cebulash<br>Gwendolyn Nelson<br>klandau@tcllaw.com<br>bcebulash@tcllaw.com<br>gnelson@tcllaw.com<br>TAUS, CEBULASH & LANDAU, LLP<br>123 William Street, Suite 1900A<br>New York, New York 10038<br>Telephone: (212) 931-0704<br><br>David M. Cialkowski<br>Ian F. McFarland<br>david.cialkowski@zimmreed.com<br>ian.mcfarland@zimmreed.com<br>ZIMMERMAN REED LLP<br>1100 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br><br>*Counsel for Plaintiff Diana Lazarte*<br>*Case No. 4:22-cv-06904 (N.D. Cal.)* |

| | |
|---|---|
| Israel David<br>israel@israeldavidllc.com<br>ISRAEL DAVID LLC<br>17 State Street<br>Suite 4010<br>New York, NY 10004<br>212-739-0622<br><br>*Counsel for Plaintiffs*<br>*Shaina Silverman and Tyler Kimbrough*<br>*Case No. 1:22-cv-09850 (S.D.N.Y)*<br><br>Blake Hunter Yagman<br>byagman@milberg.com<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>212-594-5300<br><br>*Counsel for Plaintiff Shaina Silverman*<br>*Case No. 1:22-cv-09850 (S.D.N.Y)*<br><br>Kate M. Baxter-Kauf<br>Heidi M. Silton<br>Brian D. Clark<br>W. Joseph Bruckner<br>kmbaxter-kauf@locklaw.com<br>hmsilton@locklaw.com<br>bdclark@locklaw.com<br>wjbruckner@locklaw.com<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel.: 612-339-6900<br>Fax: 612-339-0981<br><br>*Counsel for Plaintiff Justin Johnson*<br>*Case No. 2:22-cv-1734 (W.D. Wash.)* | Alexander G. Tievsky<br>Jay Edelson<br>Benjamin H. Richman<br>David Mindell<br>atievsky@edelson.com<br>jedelson@edelson.com<br>brichman@edelson.com<br>dmindell@edelson.com<br>EDELSON PC<br>350 N. LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: (312) 589.6370<br>Fax: (312) 589.6378<br><br>Rafey Balabanian<br>Todd Logan<br>Yaman Salahi<br>P. Solange Hilfinger-Pardo<br>rbalabanian@edelson.com<br>tlogan@edelson.com<br>ysalahi@edelson.com<br>shilfingerpardo@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: (415) 212.9300<br>Fax: (415) 373.9435<br><br>*Counsel for Plaintiffs*<br>*Matthew Alvazrez & Scott Halliwell*<br>*Case No. 2:22-cv-01617 (W.D. Wash.)* |
| Gary I. Smith, Jr.<br>gsmith@hausfeld.com<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908 | Michael Murray<br>michaelmurray@paulhastings.com<br>PAUL HASTINGS<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20005<br>Tel: (202) 551-1730 |

Swathi Bojedla
sbojedla@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200

Katie R. Beran
kberan@hausfeld.com
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 1 215 985 3270

Eric L. Cramer
Michaela L. Wallin
ecramer@bm.net
mwallin@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000

Daniel J. Walker
dwalker@bm.net
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Tel: (202) 559-9745

Janet M. Herold
Benjamin D. Elga
Lucy B. Bansal
jherold@justicecatalyst.org
belga@justicecatalyst.org
lbansal@justicecatalyst.org
JUSTICE CATALYST LAW
40 Rector Street, Floor 9
New York, NY 10006
Tel: (518) 732-6703

Noah Pinegar
noahpinegar@paulhastings.com
PAUL HASTINGS
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6057

*Counsel for Defendant*
*CA Ventures Global Services, LLC*
*Case No. 2:22-cv-01552 (W.D. Wash.)*

Fred Burnside
MaryAnn Almeida
fredburnside@dwt.com
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

Yonaton M. Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
855 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 655-9642

*Counsel for Defendants*
*The Michaels Organization, LLC*
*and Interstate Realty Management Company*
*Case No. 2:22-cv-01552 (W.D. Wash.)*

Jeffrey Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (212) 497-7761

*Counsel for Defendant Morgan Properties, LLC*
*Case No. 2:22-cv-01712 (W.D. Wash.)*

Brendan P. Glackin
Dean M. Harvey
bglackin@lchb.com
dharvey@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Tel: 415-956-1000

Dan Drachler
ddrachler@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 895-5005
Facsimile: (206) 895-3131

Jason Scott Hartley
hartley@hartleyllp.com
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822

*Counsel for Plaintiffs Lauren Ashley Morgan et al.*
*Case No. 2:22-cv-01712 (W.D. Wash.)*

| | |
|---|---|
| Belinda S Lee<br>belinda.lee@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 395-8851<br><br>E. Marcellus Williamson<br>marc.williamson@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington DC, 20004<br>Telephone: (202) 637-2200<br><br>*Counsel for Defendant*<br>*AvalonBay Communities, Inc.*<br>*Case Nos. 2:22-cv-01617, 2:22-cv-1618,*<br>*2:22-cv-1712, 2:22-cv-01726 (W.D.*<br>*Wash.), 1:22-cv-09850 (S.D.N.Y)* | |

Dated:  December 9, 2022

Respectfully submitted,

s/ *Marta Urra*
Marta Urra
marta.urra@hoganlovells.com
Senior Paralegal
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Telephone: (305) 459-6621